1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9
10  SANDRA GRASS, et al.,                    )
11                    Plaintiff(s),          )        Case No. 2:13-cv-01855-APG-NJK
                                             )
12  vs.                                      )        RECUSAL ORDER
                                             )
13  PFIZER INC.,                             )
                                             )
14                    Defendant(s).          )
    _____       )
15
16          This matter was assigned to the undersigned Magistrate Judge on October 10, 2013.  With

17  good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this

18  action.  IT IS ORDERED that this action is referred to the Clerk for random reassignment of this

19  case for all further proceedings.

20          DATED: January 6, 2014

21
22
                                             _____
23                                           NANCY J. KOPPE
                                             United States Magistrate Judge
24
25
26
27
28